

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-25-00701-CV

───────────────────────

IN RE FRANCISCO PONCIANO-ORTIZ, Relator

───────────────────────────────────────

Original Proceeding
442nd District Court of Denton County, Texas
Trial Court No. 24-10868-442

───────────────────────────────────────

Before Womack, J.; Sudderth, C.J.; and Birdwell, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus," "Response of Real Party in Interest to Petition for Writ of Mandamus," and "Relator's Reply to Response to Petition For Writ of Mandamus" and is of the opinion that relief should be denied. *See In re Baker*, No. 02-23-00133-CV, 2023 WL 3879669, at *5–7 (Tex. App.—Fort Worth June 8, 2023, orig. proceeding) (mem. op.) (determining that although trial court abused its discretion by striking counteraffidavit, facts were distinguishable from those in *In re Allstate Indemnity Co.*, 622 S.W.3d 870 (Tex. 2021) (orig. proceeding), with regard to adequacy of appellate remedy). Accordingly, relator's "Petition for Writ of Mandamus" is denied.

Per Curiam

Delivered: January 7, 2026